**Order entered March 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00093-CV

**CORNERSTONE STAFFING SOLUTIONS, INC., Appellant**

**V.**

**VALTECH SOLUTIONS, INC. AND VALTECH SERVICES, INC., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10346**

## ORDER

Before the Court are nonresident attorney Jeffrey P. Bast's unopposed verified motion for admission pro hac vice and resident attorney Michael A. McCabe's motion in support. We **GRANT** the motions. Mr. Bast shall be allowed to participate, on behalf of appellees, in the proceedings in this cause including oral argument.


/s/     KEN MOLBERG
         JUSTICE